# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Anthony Lenard Williams    PRINCIPAL
A208 171 508    YOB:    1997
United States Citizen

## CRIMINAL COMPLAINT

Case Number:

**M-15-0770-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 12, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Briseyda Yamileth Calderon-Morales and Sandra Yamileth De Jesus Martinez, citizens and nationals of the El Salvador, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Los Ebanos, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On May 12, 2015, Border Patrol Agent J. Monahan was conducting line watch operations in Los Ebanos, Texas when he observed a raft crossing the Rio Grande River. Agent Monahan relayed the information to Aerostat operator Agent R. Castillo and Agent Castillo was able to view the subjects with the aerostat camera. Agent R. Castillo then relayed to Agent J. Hosick that a total of 6 subjects were traveling through the brush towards Felix Martinez Street and the intersection of Rene Flores St. Agent Castillo observed the subjects cross Felix Martinez Street and run towards a white Chevrolet Blazer. Simultaneously, Agent Hosick was driving by and observed some of the subjects enter the back of the Blazer and shut the hatchback.
The driver, later identified as Anthony Lenard Williams, turned onto Felix Martinez Street and drove until observing a Border Patrol units driving towards his location. WILLIAMS then parked at the intersection of Felix Martinez and Julio Garza Streets and all the subjects fled from the vehicle. After a brief foot chase, all the subjects were detained. A total of 6 undocumented aliens and the driver, Anthony Lenard Williams were arrested and transported to the Rio Grande City, Texas Border Patrol Station for processing.
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

OK to c/c. TM

Signature of Complainant

**Francisco Sanchez    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**May 14, 2015**      at    **McAllen, Texas**
Date                                  City and State

**Peter E. Ormsby** , **U. S. Magistrate Judge**
Name and Title of Judicial Officer    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-15-0770-M

RE:     **Anthony Lenard Williams**                A208 171 508

## CONTINUATION:

PRINCIPAL STATEMENT:

Anthony Lenard WILLIAMS was advised of his rights, understood his rights and voluntarily stated that he was willing to give a sworn statement without the presence of a lawyer.

Anthony Lenard WILLIAMS, a citizen of the United States, stated he was in Los Ebanos, Texas to pick up six illegal immigrants. WILLIAMS he was hired to pick up this group of illegals by Mike Armendaris who he met through social media and through friend named Jose Garcia. WILLIAMS stated to have known Mike Armendaris for a month. WILLIAMS stated he was going to get paid $1,600 USD to take the undocumented aliens to a location McAllen, Texas. WILLIAMS claim he didn't tell the subjects where to sit and the load into this Blazer, three subjects sat in the backseat and three others were laying down in the cargo area. WILLIAMS also stated he has smuggled aliens twice before, the first time was over a year ago, the second time was last week.

MATERIAL WITNESS STATEMENTS:

Briseyda Yamileth CALDERON-Morales and Sandra Yamileth De Jesus Martinez were advised of their Miranda Rights, understood their rights and were willing to provide a sworn statement without the presence of an attorney.

MATERIAL WITNESS STATEMENT 1:

Briseyda Yamileth CALDERON-Morales, a citizen of El Salvador, stated she left El Salvador with her brother and cousin. She has already paid $6,500 USD of the total amount of $7,500 USD to be smuggled illegally into the United States. CALDERON-Morales once in Reynosa they were taken to a warehouse where they stayed for 17 days until they were taken to the river where she stayed for an additional three days until crossing the river in a raft. CALDERON-Morales stated to have crossed the river with five others and two guides. CALDERON-Morales stated the guide had instructed them to run a block and a white SUV would be waiting for them. CALDERON-Morales stated they ran to the vehicle and once in the vehicle she sat in the back of the vehicle in the cargo area. CALDERON-Morales stated she was able to see the driver face. CALDERON-Morales positively identified the driver of the white Trail Blazer as Anthony Lenard Williams in space #3 from a photo lineup.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-0770-M

RE:      **Anthony Lenard Williams**                    A208 171 508

**CONTINUATION:**

MATERIAL WITNESS STATEMENT 2:

Sandra Yamileth De Jesus-Martinez, a citizen of El Salvador, stated that she made her smuggling arrangements in El Salvador and was to pay a total of $8,500 to be smuggled into the United States. De Jesus Martinez said her sister made a payment for the smuggling arrangement but was unaware of how much was paid. Once she arrived in Virginia she was to pay the remaining amount.
De Jesus-Martinez crossed the river with five subjects and one rafter. Once across the river, the rafter left them at the river bank and told them to get into a vehicle that was waiting there by the river bank. De Jesus Martinez stated that she and the five other subjects ran towards the vehicle and got into it. De Jesus Martinez stated that she got into the back seat of the vehicle. De Jesus-Martinez stated that shortly after, the male subject driving the vehicle started to drive off and was immediately stopped by border patrol. De Jesus-Martinez positively identified the driver of the white Trail Blazer as Anthony Lenard Williams in space #1 from a photo lineup.